UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-5453 MRW | Date | February 10, 2021 |
|---|---|---|---|
| Title | Fernandez v. Young | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** ORDER TO SHOW CAUSE

1. As ordered in this Court's September 2020 scheduling order (Docket # 21), Judge Wilner conducted a video status conference in this ADA access case today. An attorney for Plaintiff participated in the hearing. Mr. Van Antwerp, the docketed attorney for the defense, did not. Notice and the video link for the conference was sent to all lawyers at their PACER e-mail addresses.

2. Mr. Van Antwerp is ordered to show cause for his failure to participate in the hearing. By February 20, he will file a declaration explaining his absence at the conference plus a detailed explanation of the status of the civil action.

3. Failure to comply with this OSC may lead to financial or litigation sanctions against Defendants and counsel. Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884 (9th Cir. 2019).