UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-5453 MRW | Date | August 9, 2021 |
| Title | Antonio Fernandez v. Fook Lock Young | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

Proceedings:   **ORDER DISMISSING CASE**

    IT IS STIPULATED by and between the parties that this action is dismissed with prejudice to all parties; each party to bear his/her/its own attorneys' fees and costs.

                                                                                          : _____
Initials of Preparer      vp